FILED
JUL 18 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN FEDERAL DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OHIO

JUDGE ZOUHARY

MAG JUDGE CLAY

KHOLOUD IBRHIM,

Plaintiff,

v.

ROBBIE MUHAMMAD ABDELHOQ, MUHAMMAD A. ABDELHOQ, AND CHAFICA S. ABDELHOQ,

Defendants.

No. 3:22 CV 1260

MOTION FOR ADMISSION OF ATTORNEY GREGORY HORTMAN MCLAWSEN *PRO HAC VICE*

[The remainder of this page is left blank]

MOTION – Page 1

## Motion For Admission of Attorney

## Gregory Hortman McLawsen *Pro Hac Vice*

Pursuant to Local Rule 83.5(h), attorney Gregory Hortman McLawsen moves this Court for an order of Admission to Practice Pro Hac Vice to appear as counsel for the Plaintiff in the above-captioned matter. In support of this Motion, the undersigned states as follows:

1. I am an attorney admitted to practice before the Washington State Supreme Court (bar number 41870). A copy of a certificate of good standing from that Court is attached hereto.

2. I am also admitted to practice before the following federal courts: United States Supreme Court; Ninth Circuit Court of Appeals; Federal District Court for the District of Colombia; Federal District Court for the Eastern, Northern and Southern Districts of Texas; Federal District Court for the Eastern and Western Districts of Washington; and Federal District Court for the Western District of Wisconsin.

3. My contact information appears in my signature block below.

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Dated: July 13, 2022,

By: /s/
Greg McLawsen
SBA (Washington) #41870
*Pro hac vice admission impending*

SOUND IMMIGRATION
113 Cherry St., ECM# 45921
Seattle, WA 98104-2205

Tel. (855) 809-5115
greg@soundimmigration.com