1

2

3 IN FEDERAL DISTRICT COURT FOR THE

4 NORTHERN DISTRICT OF OHIO

5

6 KHOLOUD IBRHIM,

7 Plaintiff, No. 3:22cv1260

8

9 v.

10 ROBBIE MUHAMMAD ABDELHOQ, **[Proposed] ORDER ON**

11 MUHAMMAD A. ABDELHOQ, AND **MOTION FOR ADMISSION OF**

12 CHAFICA S. ABDELHOQ, **ATTORNEY GREGORY**

13 **HORTMAN MCLAWSEN *PRO***

14 Defendants. ***HAC VICE***

15

16

17

18

19

20 [The remainder of this page is left blank]

21

22

23

ORDER – Page 1

1    It is hereby **ORDERED,** pursuant to Local Rule 83.5(h), that the Motion of

2  attorney Gregory Hortman McLawsen for Admission to Practice Pro Hac Vice to

3  appear as counsel for the Plaintiff in the above-captioned matter is **GRANTED**.

4    Dated: _____

5

6    _____

7

8  Presented by: _____
   Greg McLawsen
9  SBA (Washington) #41870
   *Pro hac vice admission impending*

10

11 SOUND IMMIGRATION
   113 Cherry St., ECM# 45921
   Seattle, WA 98104-2205

12

13 Tel. (855) 809-5115
   greg@soundimmigration.com

14

15

16

17

18

19

20

21

22

23